UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
NORTHERN DIVISION

NO. 2:10-CR-50-D-1

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>SHAWN KENDRICK DANIELS | ORDER TO SEAL |

On motion of the Defendant, Shawn Kendrick Daniels, and for good cause shown, it is hereby ORDERED that **DE 58** be sealed until further notice by this Court.

IT IS SO ORDERED.

This  1  day of ~~January~~ February, 2021.

_____
JAMES C. DEVER III
United States District Judge