IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
NORTHERN DIVISION

NO. 2:10-CR-50-D

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | **ORDER TO SEAL** |
| | ) | |
| SHAWN KENDRICK DANIELS | ) | |

Upon motion of the United States, it is hereby ORDERED that Docket Entry number 61 and its accompanying Order in the above-captioned case be sealed by the Clerk.

It is FURTHER ORDERED that the Clerk provide copies of the filed sealed documents to the United States Attorney and counsel for the defendant.

SO ORDERED.

This the __1__ day of __February__ 2021.

_____
JAMES C. DEVER III
United States District Judge